(TO PLAINTIFF'S ATTORNEY: *Please Circle Type of Action Involved:* - TORT - MOTOR VEHICLE TORT - CONTRACT - EQUITABLE RELIEF - OTHER.)

# COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss.

SUPERIOR COURT
CIVIL ACTION
No. 1877CV00850

**Guy Lapointe**, Plaintiff(s)

v.

**Sears Roebuck & Co. et. al.**, Defendant(s)

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve upon **Sears Roebuck & Co.**, plaintiff's attorney, whose address is **Swartz & Swartz P.C., 10 Marshall St. Boston, MA 02108**, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at **145 High Street Newburyport, MA 01950** either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

WITNESS, Judith Fabricant, Esquire, at Salem, the
day of                      , in the year of our Lord two thousand

*Thomas H. Driscoll Jr.*
Clerk

NOTICE TO DEFENDANT - You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein *and* also file the original in the Clerk's Office.

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

EXHIBIT A

(TO PLAINTIFF'S ATTORNEY: *Please Circle Type of Action Involved:* - TORT - MOTOR VEHICLE TORT - CONTRACT - EQUITABLE RELIEF - OTHER.)

# COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss.

SUPERIOR COURT
CIVIL ACTION
No. 1877CV00850

Guy Lapointe ........................................................, Plaintiff(s)

v.

Sears Roebuck & Co. et. al. ...................................., Defendant(s)

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve upon Sears Holding Corp., plaintiff's attorney, whose address is Swartz & Swartz, P.C. 10 Marshall St., Boston, MA 02108, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at 145 High Street Newburyport, MA 01950 either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

WITNESS, Judith Fabricant, Esquire, at Salem, the
day of                         , in the year of our Lord two thousand

*Thomas H. Driscoll Jr.*
Clerk

NOTICE TO DEFENDANT - You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

COMMONWEALTH OF MASSACHUSETTS

ESSEX, SS                                                                             SUPERIOR COURT
                                                                                      CIVIL ACTION NO.

| | |
|---|---|
| GUY LAPOINTE, <br>     Plaintiff <br> v. <br><br> SEARS ROEBUCK & CO. and <br> SEARS HOLDING CORP., <br>     Defendants | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

## **COMPLAINT**

### **PARTIES AND FACTS**

1. The plaintiff Guy Lapointe, resides in Andover, Essex County, Massachusetts.

2. The Defendants are foreign corporations with principal places of business at 3333 Beverly Road, Hoffman Estates, IL, but do business in Massachusetts.

3. At all times pertinent hereto, Defendants, were engaged in the design, development, assembly, manufacture, testing, inspection, packaging, promotion, advertising, marketing and sale of a craftsman table saw, model no. 137415030, serial no. RSY 3053, which is the subject of this action.

4. On or about June 11, 2015, the plaintiff sustained a severe laceration to his right thumb when the table saw he was using, which was sold by Defendants, collapsed.

5. The subject table saw has been recalled because it can collapse unexpectedly, which is what happened June 11, 2015.

6. This action arises out of injuries sustained in Massachusetts sufficient to confer personal jurisdiction over Defendants pursuant to the Massachusetts long arm statute in that defendant regularly does or solicits business, or engages in any other persistent course of

conduct, or derives substantial revenue from goods used or consumed, or services rendered, in Massachusetts.

## COUNT I (NEGLIGENCE vs. SEARS ROEBUCK & CO and SEARS HOLDING CORP)

7. The plaintiff repeats Paragraphs 1-6 as if expressly set forth herein.

8. The injuries sustained by plaintiff were the direct and proximate result of the carelessness and negligence of the Defendants as follows:

    a. Defendants negligently designed, developed, assembled, manufactured, inspected, tested, marketed, advertised, sold and distributed said table saw.

    b. Defendants negligently failed to warn or instruct or adequately warn or adequately instruct plaintiff and others users of said product of its dangerous and defective characteristics, and of the safe and proper method of using said product.

    c. Defendants negligently failed to equip the table saw with adequate safety devices to guard against collapse.

9. As a direct and proximate result of the negligence of defendants as set forth herein, the plaintiff was caused to sustain severe and permanent injuries including a severe injury to his right thumb. He has had extensive medical care and will require additional future care. His thumb continues to be sore and numb. His quality of life has been adversely affected. He does not enjoy life as he did prior to the occurrence.

WHEREFORE, plaintiff prays judgment against defendants, together with interest and costs.

**COUNT II (BREACH OF WARRANTY vs. SEARS ROEBUCK & CO and SEARS HOLDING CORP)**

10. The plaintiff repeats Paragraphs 1-9 as if expressly set forth herein.

11. Defendants expressly and impliedly warranted to plaintiff and to the general public that said product was safe, merchantable and fit for its intended purposes and uses. Defendant breached its warranties because said product was unsafe, not of merchantable quality and unfit for its intended uses and purposes. Plaintiff relied on the warranties made by defendant and plaintiff sustained injury as the direct and proximate result of the breaches of warranties by defendant. Due notice has been given defendant of its breaches of warranty.

12. As a direct and proximate result of the breach of warranty of defendant as set forth herein, the plaintiff was caused to sustain severe and permanent injuries including a severe injury to his right thumb. He has had extensive medical care and will require additional future care. His thumb continues to be sore and numb. His quality of life has been adversely affected. He does not enjoy life as he did prior to the occurrence.
WHEREFORE, plaintiff prays judgment against defendants, together with interest and costs.
PLAINTIFF CLAIMS TRIAL BY JURY.

The Plaintiff,
By His Attorneys,

*/s/ Alan L. Cantor*
James A. Swartz
BBO #556920
Alan L. Cantor
BBO#072360
Swartz & Swartz, PC
10 Marshall Street
Boston, MA 02108
(617) 742-1900

| CIVIL ACTION COVER SHEET | DOCKET NUMBER | Trial Court of Massachusetts The Superior Court |
|---|---|---|
| PLAINTIFF(S): Guy LaPointe <br> ADDRESS: 214 Haggetts Pond Road Andover, MA 01810 | | COUNTY: Essex |
| | DEFENDANT(S): | Sears Roebuck & Co. and Sears Holding Corp. |
| ATTORNEY: Alan L. Cantor <br> ADDRESS: 10 Marshall St, Boston, MA 02108 | ADDRESS: | 3333 Beverly Road, Hoffman Estates, IL |
| BBO: | | |

### TYPE OF ACTION AND TRACK DESIGNATION (see reverse side)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | HAS A JURY CLAIM BEEN MADE? |
|---|---|---|---|
| B05 | Product Liability | A | [X] YES  [ ] NO |

*If "Other" please describe:

### STATEMENT OF DAMAGES PURSUANT TO G.L. c. 212, § 3A

The following is a full, itemized and detailed statement of the facts on which the undersigned plaintiff or plaintiff counsel relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

**TORT CLAIMS**
(attach additional sheets as necessary)

A. Documented medical expenses to date:
 1. Total hospital expenses ................................................. $ $25,000+
 2. Total doctor expenses .................................................. $
 3. Total chiropractic expenses ........................................... $
 4. Total physical therapy expenses ..................................... $
 5. Total other expenses (describe below) ............................ $
  Subtotal (A): $ 25,000+

B. Documented lost wages and compensation to date ............ $
C. Documented property damages to dated ............................ $
D. Reasonably anticipated future medical and hospital expenses ... $
E. Reasonably anticipated lost wages ..................................... $
F. Other documented items of damages (describe below) ....... $ 25,000+
 permanent injuries to thumb

G. Briefly describe plaintiff's injury, including the nature and extent of injury:
Plaintiff sustained severe and permanent injuries including a severe injury to his right thumb.

TOTAL (A-F):$ 50,000+

**CONTRACT CLAIMS**
(attach additional sheets as necessary)

Provide a detailed description of claims(s):

TOTAL: $ 50,000+

Signature of Attorney/Pro Se Plaintiff: X          Date: 06/05/2018

RELATED ACTIONS: Please provide the case number, case name, and county of any related actions pending in the Superior Court.

### CERTIFICATION PURSUANT TO SJC RULE 1:18

I hereby certify that I have complied with requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods of dispute resolution.

Signature of Attorney of Record: X  Alan L. Cantor          Date: 06/05/2018

# CIVIL ACTION COVER SHEET INSTRUCTIONS
## SELECT CATEGORY THAT BEST DESCRIBES YOUR CASE

### AC Actions Involving the State/Municipality *

| Code | Description | Track |
|---|---|---|
| AA1 | Contract Action involving Commonwealth, Municipality, MBTA, etc. | (A) |
| AB1 | Tortious Action involving Commonwealth, Municipality, MBTA, etc. | (A) |
| AC1 | Real Property Action involving Commonwealth, Municipality, MBTA etc. | (A) |
| AD1 | Equity Action involving Commonwealth, Municipality, MBTA, etc. | (A) |
| AE1 | Administrative Action involving Commonwealth, Municipality, MBTA, etc. | (A) |

### CN Contract/Business Cases

| Code | Description | Track |
|---|---|---|
| A01 | Services, Labor, and Materials | (F) |
| A02 | Goods Sold and Delivered | (F) |
| A03 | Commercial Paper | (F) |
| A04 | Employment Contract | (F) |
| A06 | Insurance Contract | (F) |
| A08 | Sale or Lease of Real Estate | (F) |
| A12 | Construction Dispute | (A) |
| A14 | Interpleader | (F) |
| BA1 | Governance, Conduct, Internal Affairs of Entities | (A) |
| BA3 | Liability of Shareholders, Directors, Officers, Partners, etc. | (A) |
| BB1 | Shareholder Derivative | (A) |
| BB2 | Securities Transactions | (A) |
| BC1 | Mergers, Consolidations, Sales of Assets, Issuance of Debt, Equity, etc. | (A) |
| BD1 | Intellectual Property | (A) |
| BD2 | Proprietary Information or Trade Secrets | (A) |
| BG1 | Financial Institutions/Funds | (A) |
| BH1 | Violation of Antitrust or Trade Regulation Laws | (A) |
| A99 | Other Contract/Business Action - Specify | (F) |

\* Choose this case type if ANY party is the Commonwealth, a municipality, the MBTA, or any other governmental entity UNLESS your case is a case type listed under Administrative Civil Actions (AA).

† Choose this case type if ANY party is an incarcerated party, UNLESS your case is a case type listed under Administrative Civil Actions (AA) or is a Prisoner Habeas Corpus case (E97).

### ER Equitable Remedies

| Code | Description | Track |
|---|---|---|
| D01 | Specific Performance of a Contract | (A) |
| D02 | Reach and Apply | (F) |
| D03 | Injunction | (F) |
| D04 | Reform/ Cancel Instrument | (F) |
| D05 | Equitable Replevin | (F) |
| D06 | Contribution or Indemnification | (F) |
| D07 | Imposition of a Trust | (A) |
| D08 | Minority Shareholder's Suit | (A) |
| D09 | Interference in Contractual Relationship | (F) |
| D10 | Accounting | (A) |
| D11 | Enforcement of Restrictive Covenant | (F) |
| D12 | Dissolution of a Partnership | (F) |
| D13 | Declaratory Judgment, G.L. c.231A | (A) |
| D14 | Dissolution of a Corporation | (F) |
| D99 | Other Equity Action | (F) |

### PA Civil Actions Involving Incarcerated Party †

| Code | Description | Track |
|---|---|---|
| PA1 | Contract Action involving an Incarcerated Party | (A) |
| PB1 | Tortious Action involving an Incarcerated Party | (A) |
| PC1 | Real Property Action involving an Incarcerated Party | (F) |
| PD1 | Equity Action involving an Incarcerated Party | (F) |
| PE1 | Administrative Action involving an Incarcerated Party | (F) |

### TR Torts

| Code | Description | Track |
|---|---|---|
| B03 | Motor Vehicle Negligence - Personal Injury/Property Damage | (F) |
| B04 | Other Negligence - Personal Injury/Property Damage | (F) |
| B05 | Products Liability | (A) |
| B06 | Malpractice - Medical / Wrongful Death | (A) |
| B07 | Malpractice - Other | (A) |
| B08 | Wrongful Death, G.L. c.229 §2A | (A) |
| B15 | Defamation | (A) |
| B19 | Asbestos | (A) |
| B20 | Personal Injury - Slip & Fall | (F) |
| B21 | Environmental | (F) |
| B22 | Employment Discrimination | (F) |
| BE1 | Fraud, Business Torts, etc. | (A) |
| B99 | Other Tortious Action | (F) |

### RP Real Property

| Code | Description | Track |
|---|---|---|
| C01 | Land Taking | (F) |
| C02 | Zoning Appeal, G.L. c. 40A | (F) |
| C03 | Dispute Concerning Title | (F) |
| C04 | Foreclosure of a Mortgage | (X) |
| C05 | Condominium Lien & Charges | (X) |
| C99 | Other Real Property Action | (F) |

### MC Miscellaneous Civil Actions

| Code | Description | Track |
|---|---|---|
| E18 | Foreign Discovery Proceeding | (X) |
| E97 | Prisoner Habeas Corpus | (X) |
| E22 | Lottery Assignment, G.L. c. 10 §28 | (X) |

### AB Abuse/Harassment Prevention

| Code | Description | Track |
|---|---|---|
| E15 | Abuse Prevention Petition, G.L. c. 209A | (X) |
| E21 | Protection from Harassment, G.L. c. 258E | (X) |

### AA Administrative Civil Actions

| Code | Description | Track |
|---|---|---|
| E02 | Appeal from Administrative Agency, G.L. c. 30A | (X) |
| E03 | Certiorari Action, G.L. c.249 §4 | (X) |
| E05 | Confirmation of Arbitration Awards | (X) |
| E06 | Mass Antitrust Act, G. L. c. 93 §9 | (A) |
| E07 | Mass Antitrust Act, G. L. c. 93 §8 | (X) |
| E08 | Appointment of a Receiver | (X) |
| E09 | Construction Surety Bond, G.L. c. 149 §§29, 29A | (A) |
| E10 | Summary Process Appeal | (X) |
| E11 | Worker's Compensation | (X) |
| E16 | Auto Surcharge Appeal | (X) |
| E17 | Civil Rights Act, G.L. c.12 §11H | (A) |
| E24 | Appeal from District Court Commitment, G.L. c.123 §9(b) | (X) |
| E25 | Pleural Registry (Asbestos cases) | |
| E94 | Forfeiture, G.L. c265 §56 | (X) |
| E95 | Forfeiture, G.L. c.94C §47 | (F) |
| E99 | Other Administrative Action | (X) |
| Z01 | Medical Malpractice - Tribunal only, G.L. c. 231 §60B | (F) |
| Z02 | Appeal Bond Denial | (X) |

### SO Sex Offender Review

| Code | Description | Track |
|---|---|---|
| E12 | SDP Commitment, G.L. c. 123A §12 | (X) |
| E14 | SDP Petition, G.L. c. 123A §9(b) | (X) |

### RC Restricted Civil Actions

| Code | Description | Track |
|---|---|---|
| E19 | Sex Offender Registry, G.L. c.6 §178M | (X) |
| E27 | Minor Seeking Consent, G.L. c.112 §12S | (X) |

### TRANSFER YOUR SELECTION TO THE FACE SHEET

**EXAMPLE:**

| CODE NO. | TYPE OF ACTION (specify) | TRACK | HAS A JURY CLAIM BEEN MADE? |
|---|---|---|---|
| B03 | Motor Vehicle Negligence-Personal Injury | F | ☒ YES   ☐ NO |

## STATEMENT OF DAMAGES PURSUANT TO G.L. c. 212, § 3A

**DUTY OF THE PLAINTIFF** - The plaintiff shall set forth, on the face of the civil action cover sheet (or attach additional sheets as necessary), a statement specifying the facts on which the plaintiff relies to determine money damages. A copy of such civil action cover sheet, including the statement as to the damages, shall be served with the complaint. **A clerk-magistrate shall not accept for filing a complaint, except as otherwise provided by law, unless it is accompanied by such a statement signed by the attorney or pro se party.**

**DUTY OF THE DEFENDANT** - If the defendant believes that the statement of damages filed by the plaintiff is inadequate, the defendant may file with his/her answer a statement specifying the potential damages which may result if the plaintiff prevails.

**A CIVIL COVER SHEET MUST BE FILED WITH EACH COMPLAINT.
FAILURE TO COMPLETE THIS COVER SHEET THOROUGHLY AND ACCURATELY
MAY RESULT IN DISMISSAL OF THIS ACTION.**